**Continuing Abatement Order filed December 17, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00088-CR
_____

### KIMBEL VERSHON CARTER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 351st District Court
Harris County, Texas
Trial Court Cause No. 1492023**

## CONTINUING ABATEMENT ORDER

Appellant is pro se. On January 23, 2019, appellant timely filed a notice of appeal from his judgment of conviction. On February 14, 2019, this court directed the trial court to conduct a hearing in this case to determine whether appellant desires to prosecute his appeal, and, if so, whether appellant is indigent and, thus entitled to a free record and appointed counsel on appeal. Our order required the trial court to see that a record of the hearing was made, make findings of fact and conclusions of law, and order the trial clerk to forward a record of the hearing and

a supplemental clerk's record containing the findings and conclusions. The transcribed record of the hearing and the trial court's findings and conclusions were to have been filed with the clerk of this court on or before March 18, 2019. The ordered items were not filed. On March 22, 2019, this court sent a follow-up letter requesting the record and findings. Still, the record and findings were not filed.

On April 16, 2019, this court issued a continuing abatement order, again directing the trial court to conduct a hearing in this case to determine whether appellant desires to prosecute his appeal, and, if so, whether appellant is indigent and, thus entitled to a free record and appointed counsel on appeal. We again directed the trial court to see that a record of the hearing is made, make findings of fact and conclusions of law, and order the trial clerk to forward to this court a record of the hearing and a supplemental clerk's record containing those findings and conclusions. Again, the record and findings were not filed.

On May 28, 2019, this court, sent another letter requesting the trial court to forward the requested records to this court. On September 10, 2019, a supplemental clerk's record was filed. According to the docket sheet, "On August 13, 2019, A hearing was conducted and there were no findings for this case."

We order the trial court to determine:

1. Whether appellant desires to prosecute his appeal; and, if so,

2. Whether appellant is indigent and entitled to appointed counsel on appeal.

If the trial court finds that appellant desires to prosecute his appeal, is indigent and entitled to appointed counsel on appeal, we order the trial court to forward to the

clerk of this court a supplemental clerk's record containing those findings and an order, if any, appointing appellate counsel. We order the trial court to complete this process and forward the requested items **within ten (10) days of the date of this order.**

Additionally, we order the trial court to see that a transcribed record of the hearing held August 13, 2019, is filed with the clerk of this court **within ten (10) days of the date of this order.**

The appeal remains abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court  also will consider an appropriate motion to reinstate the appeal filed by either party.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.